UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             Case No. 8:10-cr-261-T-30TBM

IAN BROOK WEIGANT

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 36), pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2) for 49 rounds of .40 caliber ammunition.

The Court, being fully advised in the premises, hereby finds as follows:

1. On November 29, 2010, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of America Weigant's right, title, and interest in the ammunition.  (Doc. 24).

2. On December 15, 2010, defendant Weigant was sentenced and the ammunition was included in his Judgment.  (Docs. 25, 27).

3. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the ammunition, on the official government website, www.forfeiture.gov, from November 30, 2010 through December 29, 2010.  (Doc. 31).  The publication gave notice to all third parties with a legal interest in the ammunition to file with the Office of the Clerk, United States District Court,

Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

4. No person or entity, other than the defendant, Weigant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the ammunition. No third party has filed a petition or claimed an interest in the ammunition, and the time for filing a petition has expired. Thus, any third-party interest in the ammunition is now barred.

5. The Court finds that the ammunition is the property of defendant Ian Brook Weigant.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 36) is **GRANTED**. It is FURTHER ORDERED that all right, title and interest in the ammunition is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2) for disposition according to law.

Clear title to the ammunition is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on February 2, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2010\10-cr-261.fj forfeit 36.wpd